G. CLARK AND HUSBAND *v.* P. HÉBERT et al.

When the appeal is from a judgment in favor of the defendant, in a representative capacity, the appeal is defective and will be dismissed if the appeal bond is made in favor of the defendant without mentioning his representative capacity.

APPEAL from the District Court of the Parish of West Baton Rouge, *Beale*, J. *G. L. Bright*, for plaintiffs and appellants. *A. S. Herron, Bernard & Pope*, for defendants.

CLARK
v.
HÉBERT.

MERRICK, C. J.   There is a motion to dismiss the appeal in this case.

The suit has been brought against the defendant in her capacity of widow in community and tutrix to the minor children of *Vincent Kirkland*, deceased, and the defendant in her capacity of tutrix has set up a reconventional demand.

The appeal bond is executed by the plaintiffs in her favor, in her individual capacity only.   The appeal is defective, in not making the defendant a party in her capacity of tutrix.

It is, therefore, ordered, that the appeal taken in this case be dismissed, at the costs of the appellants.